THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BRENT M. COBB,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT POWELL et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-CV-436-DBB<br><br>District Judge David Barlow |

  In an Order dated July 7, 2022, the Court ordered Plaintiff to within thirty days file his required initial partial filing fee (IPFF) of $10.33, and a signed consent form to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 5.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order.

  **IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

  DATED this 8th day of September, 2022

        BY THE COURT:

        _____
        JUDGE DAVID BARLOW
        United States District Court